IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01069-WYD-MEH

UNDER ARMOUR, INC.,

    Plaintiff,

v.

HOT GEAR, LLC;
PETKOV ENT; and
IVAN E. PETKOV, an individual,

    Defendants.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on Plaintiff's Motion to Strike Answer as to Hot Gear, LLC (ECF No. 19), filed August 5, 2010. The motion was referred to Magistrate Judge Michael E. Hegarty for a Recommendation by Order of Reference dated May 12, 2010. Magistrate Judge Hegarty issued a Recommendation on August 10, 2010. Specifically, Magistrate Judge Hegarty recommends that the pending motion be granted and that the Answer (ECF No. 18) Filed by Defendant Ivan E. Petkov, an individual, on behalf of himself and on behalf of Defendant Hot Gear, LLC, must be stricken as to Defendant Hot Gear, LLC. (Recommendation at 1-2.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Magistrate Judge Hegarty advised the parties that written objections were due within fourteen (14) days after service of a copy of the Recommendation.

(Recommendation at 1.)  Despite this advisement, no objections were filed to the Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Hegarty's Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Hegarty that the pending motion should be granted and that the Answer (ECF No. 18) Filed by Defendant Ivan E. Petkov, an individual, on behalf of himself and on behalf of Defendant Hot Gear, LLC, must be stricken as to Defendant Hot Gear, LLC for the reasons stated in both the Recommendation and this Order.

Based on the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (ECF No. 24) is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

FURTHER ORDERED that the Plaintiff's Motion to Strike Answer as to Hot Gear, LLC (ECF No. 19) is **GRANTED.** It is

FURTHER ORDERED that the Answer (ECF No. 18) Filed by Defendant Ivan E. Petkov, an individual, on behalf of himself and on behalf of Defendant Hot Gear, LLC, is **STRICKEN** as to Defendant Hot Gear, LLC. It is

FURTHER ORDERED that the Amended Answer (ECF No. 25) is accepted for filing pursuant to Fed. R. Civ. P. 15(a).

Dated: August 31, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge