IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01069-WYD-MEH

UNDER ARMOUR, INC.,

    Plaintiff,

v.

HOT GEAR, LLC,
PETKOV ENT, and
IVAN E. PETKOV, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 12, 2010.**

    Plaintiff's Motion to Vacate Settlement Conference [filed October 8, 2010; docket #40] is **granted**. The Settlement Conference set for October 18, 2010, is hereby **vacated**. Pursuant to Plaintiff's representation that the parties have reached a settlement, the parties shall file dismissal papers on or before **November 8, 2010**.