IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01069-WYD-MEH

UNDER ARMOUR, INC.,

    Plaintiff,

v.

HOT GEAR, LLC;
PETKOV ENT; and
IVAN E. PETKOV, an individual,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 43), filed November 8, 2010.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

    ORDERED that the  Stipulation for Dismissal With Prejudice (ECF No. 43) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

    Dated:  November 9, 2010

                                                         BY THE COURT:

                                                         s/ Wiley Y. Daniel
                                                         Wiley Y. Daniel
                                                         Chief United States District Judge